UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-439 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DUANE ANTHONY NELSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1: Misrepresenting a Social Security Number in violation of 42 U.S.C. § 408(a)(7)(B).

    Count 2: Aggravated Identity Theft in violation of 18 U.S.C. § 1028A.

Date of Detention Hearing:   September 20, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)   Defendant has no ties in the Western District of Washington or to this community.

(2) Defendant has a lengthy criminal record, including charges very similar to those at issue, based upon his background history check.

(3) Defendant has a history of failures to appear and probation revocations.

(4) Defendant has serious substance-abuse issues.

(5) Defendant is considered a risk flight and economic danger to the community.

(6) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and risk of danger, including economic danger, to other persons or to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21th day of September, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge